UNSEALED 02/19/08

ORDERED SEALED BY COURT

FILED

2008 FEB 12 AM 10: 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

KAREN P. HEWITT
United States Attorney
NICOLE ACTON JONES
Assistant U.S. Attorney
California State Bar No. 231929
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5482

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint for<br><br>FAUSTO CHAVEZ-RUEDA and<br>AMELIA VALENTE-HERNANDEZ | Case No. '08 MJ 0398<br>**ORDER SEALING COMPLAINT AND ARREST WARRANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, that is, a continuing criminal investigation,

IT IS HEREBY ORDERED that the arrest warrants, complaint and Affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: February 12 2008

ANTHONY J. BATTAGLIA
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

NICOLE ACTON JONES
Assistant U.S. Attorney