AO 442

unsealed 2/19/08

ORDERED SEALED BY COURT

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 25 AM 9:06 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

1447861

UNITED STATES OF AMERICA
V.
FAUSTO CHAVEZ-RUEDA (1)

## WARRANT FOR ARREST

CASE NUMBER: '08 MJ 0398

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FAUSTO CHAVEZ-RUEDA
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense)

Conspiracy to forge, counterfeit, alter and falsely make immigrant documents prescribed by regulation for entry into and as evidence of authorized stay and employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

DATE 2/14/08 ARRESTED BY ICE S/A Kerri Castillo
STEVEN C. STAFFORD
ACTING U.S. MARSHAL SDCA
BY Marey

RECEIVED 2008 FEB 12 A 11:05 U.S. MARSHAL SOUTHERN DISTRICT CALIF.

In violation of Title 18 United States Code, Section(s) 371

| | |
|---|---|
| Kerri Castillo | ICE Special Agent |
| Name of Issuing Officer ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE | Title of Issuing Officer |
| | FEB 12 2008 San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ No bail by The Honorable Anthony J. Battaglia
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J ICE 2589 (Forgery of Immigration Docs)