4-1

AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FAUSTO CHAVEZ-RUEDA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 0821-IEG

I, FAUSTO CHAVEZ-RUEDA, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1546(a) - False Making and Possession of Entry Documents and Title 42 U.S.C., Sec. 408(a)(7)(C) - Possession of Counterfeit Social Security Card With Intent to Sell, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before

JUDICIAL OFFICER